UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

New Mexico Cattle Growers
Association,

       Plaintiff

v.                                                 No.   1:23-cv-00396 JFR/SCY

United States Department of Agriculture
United States Forest Service, and
United States Animal and Plant
Health Inspection Service

       Defendants.

## **STIPULATED FEE AND COST SETTLEMENT AGREEMENT**

This Stipulated Fee and Cost Settlement Agreement (Agreement) is made between Defendant United States Department of Agriculture, the United States Forest Service and the United States Animal and Plant Health Inspection Service, ("Federal Defendants")   and Plaintiff New Mexico Cattle Growers Association ("Plaintiff") to resolve Plaintiff's claim for attorney's fees and costs.

WHEREAS Plaintiff and Federal Defendant (the parties) agree that it serves the interests of the parties and judicial economy and efficiency to settle Plaintiff's claim for attorney's fees and costs without the need for further litigation;

WHEREAS the parties enter into this Agreement without any admission of fact or law, or waiver of any claims or defenses, factual or legal:

ACCORDINGLY, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:

1.     Federal Defendant agrees to pay $5,000.00 to settle Plaintiff's claim for fees and costs.   The Animal and Plant Health Inspection Service and Forest Service will each be responsible for half the total amount ($2500.00) of the fees and costs payment.   Payment from each agency shall be made via electronic fund transfer to Plaintiff's counsel.   Counsel for Plaintiff shall provide counsel for Federal Defendant all necessary account information to effectuate the electronic fund transfer.   Federal

Defendant reasonably anticipates that the entire process will take no more than 60 business days from the issuance of the signed Court order approving this stipulation, or receipt of all necessary information from counsel for Plaintiff, whichever is later. If the Federal Defendant becomes aware of any substantial delays in the administrative processing of the payment, counsel for Federal Defendant will contact counsel for Plaintiff as quickly as practicable. The account information provided by Plaintiff's counsel shall be kept confidential and shall be used for the sole purpose of making the electronic funds transfer provided for in this Agreement.

2. Plaintiff agrees to accept this payment in full satisfaction of any and all claims for litigation fees and costs, through and including the date of this Agreement, incurred in connection with the filing of their complaint.

3. In return for the consideration described in Paragraph 1 above, Plaintiff agrees (i) that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a) (i)(A) (ii) and (ii) to release Federal Defendant from any and all claims set forth in the complaint in this action, including any and all claims for attorneys' fees and costs.

4. Each of the parties' undersigned representatives certifies that they are fully authorized to enter into and execute the terms and conditions of this Agreement and do hereby agree to the terms herein.

5. This Agreement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceeding that Plaintiff has brought, could bring, or could have brought regarding the FOIA request at issue in this case, including all claims for attorney's fees and costs.

6. This Agreement does not constitute an admission of liability or fault on the part of

Federal Defendant, the United States, its agents, servants or employees and is entered into by the parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Agreement is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns. The parties, by their undersigned attorneys, hereby stipulate and agree that this action shall be dismissed with prejudice. This Agreement is entered into accordance with the provisions of Fed.R.Civ.P. 41(a)(1)(A)(ii).

8. The terms of this Agreement shall become effective upon entry of an order by the Court ratifying the Agreement.

    Respectfully Submitted,

    ALEXANDER M.M. UBALLEZ
    United States Attorney

    ***Electronically filed 9/30/23***
    MANUEL LUCERO
    Assistant United States Attorney
    P.O. Box 607
    Albuquerque, New Mexico 87103
    (505) 346-7274
    Manny.Lucero@usdoj.gov
    *Attorneys for Defendant*

Attorneys for Plaintiffs

**<u>Approved 9/29/2023</u>**
Karen Budd-Falen
Budd-Falen Law Offices
300 East 18th Street
P.O. 346
Cheyenne, WY   82001
Phone:   307-632-5105
Karen@buddfalen.com
For Plaintiff